# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| MELANIE MCPIPKIN | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.: 7:24-CV-00099 (WLS) |
| AUTO-OWNERS INSURANCE COMPANY, | : | |
| Defendant. | : | |

## ORDER

Before the Court is Defendant Auto-Owners Insurance Company's Motion for Protective Order (Doc. 20) ("the Motion"). Plaintiff is hereby **ORDERED** to respond with her position as to the Motion no later than **Tuesday, January 22, 2025**.

**SO ORDERED**, this 7th day of January 2025.

                                                       /s/ W. Louis Sands
                                                       **W. LOUIS SANDS, SR. JUDGE**
                                                       **UNITED STATES DISTRICT COURT**