**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| MELANIE MCPIPKIN, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 7:24-CV-00099 (WLS) |
| AUTO-OWNERS INSURANCE COMPANY, | : |
| Defendant. | : |

## ORDER

On January 7, 2025, the Court ordered Plaintiff to respond with her position regarding Defendant's Motion for Protective Order no later than Tuesday, January 22, 2025 in an Order (Doc. 21) entered on January 7, 2025. Although Plaintiff has recently filed a document on the docket labeled as if responding to the Motion for Protective Order, the document attached, which is dated in mid-October, appears to be a Response to Defendant's Motion to Dismiss which has since been denied as moot. As such, Plaintiff's filing entered on January 7, 2025, does not comply with the Court's January 7, 2025, Order. Plaintiff is therefore **ORDERED** to respond to Defendant's Motion for Protective Order no later than **Thursday, January 23, 2025**, as previously ordered.

**SO ORDERED**, this 9th day of January 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**