# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| MELANIE MCPIPKIN, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.: 7:24-CV-00099 (WLS) |
| | : | |
| AUTO-OWNERS INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Before the Court is Defendant Auto-Owners Insurance Company's ("Defendant") Motion for Protective Order (Doc. 20). Therein, Defendant moves the Court to adopt its proposed Protective Order (Doc. 20-1). On January 9, 2025, Plaintiff filed a Response (Doc. 24) indicating that she does not object to the proposed Protective Order, as submitted. For good cause shown, the Motion is **GRANTED-IN-PART**. The proposed Protective Order (Doc. 20-1) is **ACCEPTED** and **ADOPTED** and made the Order of this Court, subject to the exception explained below.

The proposed Protective Order gives Defendant unilateral authority to seal the trial transcript if it determines that the testimony contains sensitive corporate information or trade secrets that are subject to the protective order. (*See* Doc. 20-1 at 12 ¶ 16). The Court does not grant such authority. If Defendant wishes testimony to be sealed, Defendant shall file a timely written motion to seal the testimony. Such motion shall be submitted no less than thirty (30) days after the conclusion of trial. The motion will be granted either upon grounds covered by the protected order or other grounds for good cause shown. Defendant shall amend the proposed unobjected order accordingly, and resubmit for the Court's signature no later than **Friday, January 24 , 2025**.

**SO ORDERED**, this 10th day of January 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**
