**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

MELANIE MCPIPKIN                          :
                                                          :
    Plaintiff,                              :
                                                          :
v.                                                        :        CASE NO.:  7:24-CV-00099 (WLS)
                                                          :
AUTO-OWNERS INSURANCE           :
COMPANY,                                       :
                                                          :
    Defendant.                           :
_____ :

## ORDER

The Court held a pretrial conference in the above-captioned matter on June 30, 2026. This Order memorializes that conference. All Parties were present at the conference and indicated that significant progress has been made toward a settlement agreement. Accordingly, Plaintiff requested guidance from the Court on how to proceed with mediation. In order to allow the Parties time to find a mediator during the summer without imposing unnecessary time constraints, the Court **CONTINUED** the trial to the November 2026 trial term. As agreed, Counsel shall within 30 days confer, identify, and engage a mediator to mediate this matter by no later than 60 days after entry of this Order.

    **SO ORDERED**, this 1st day of July 2026.


                                 **/s/ W. Louis Sands**
                                 **W. LOUIS SANDS, SR. JUDGE**
                                 **UNITED STATES DISTRICT COURT**