**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| MELANIE MCPIPKIN | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.: 7:24-CV-00099-WLS |
| | : | |
| AUTO-OWNERS INSURANCE | : | |
| COMPANY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

On July 1, 2026, the Court issued an Order memorializing the pretrial conference held on June 30, 2026. (Doc. 43.) In that Order, the Court continued the trial to the November 2026 trial term to allow the parties time to complete mediation because the parties indicated that they had made significant progress toward a settlement. The Court also directed the parties to mediate this matter within sixty days of the entry of the Order. Those sixty days have now elapsed. The parties are thus **ORDERED** to file **within fourteen days** of the entry of this order—or by **Friday, September 18, 2026**—a status report informing the Court of the status of the mediation and whether this case is ready for trial.

**SO ORDERED**, this 4th day of September, 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**