**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| MELANIE MCPIPKIN,<br><br>Plaintiff,<br><br>v.<br><br>AUTO-OWNERS INSURNACE COMPANY,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CASE NO.: 7:24-CV-00099-WLS |

**ORDER**

On September 18, 2026, Defendant filed a status report concerning mediation and its readiness for trial. (Doc. 47.) In its report, Defendant explains that the parties had scheduled a mediation for August 26, 2026. (*Id.* ¶ 2.) Before the mediation, however, communication and cooperation between Plaintiff and her counsel broke down. (*Id.* ¶¶ 6–7.) Plaintiff's counsel therefore informed Defendant that they could not continue their representation and that they were seeking withdrawal. (*Id.* ¶¶ 8–9.) Because Plaintiff's counsel planned to withdraw from the representation, the parties postponed the mediation. (*Id.* ¶ 10.) The Court, however, denied Plaintiff's counsel's motion to withdraw on September 16, 2026, because trial is set to begin in less than two months and withdrawal would either delay trial or be manifestly unfair to Plaintiff. (Doc. 46 at 2–3.)

In light of the Court's Order of September 16, 2026, the parties have rescheduled mediation for Friday, October 2, 2026. (Doc. 47 ¶ 12.) Defendant states that the parties will inform the Court of the outcome of the mediation by Monday, October 5, 2026. (*Id.* ¶ 14.) Defendant has also informed the Court that it is ready for trial. (*Id.* ¶ 15.)

In accordance with Defendant's status report, the Court **ORDERS** the parties to conduct the mediation and, by **Monday, October 5, 2026**, file a status report informing the Court of the mediation's outcome and, if the matter has not been resolved, whether the parties are ready to proceed with trial. The parties may comply with this order by filing a joint status report or separate reports.

Trial remains scheduled for the Court's November 2026 trial term, pending further order of the Court.

**SO ORDERED**, this 28th day of September, 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**