**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

MELANIE MCPIPKIN,

Plaintiff,

v.

AUTO-OWNERS INSURNACE COMPANY,

Defendant.

CASE NO.: 7:24-CV-00099-WLS

**ORDER**

On October 2, 2026, Defendant Auto-Owners Insurance Co. filed a status report concerning the parties' mediation efforts. (Doc. 49.) After a first attempt at mediation was cancelled because communications broke down between Plaintiff Melanie McPipkin and her counsel, mediation was rescheduled for October 2, 2026. (*Id.* ¶¶ 3, 5–6.) On October 1, 2026, McPipkin indicated that she could not attend the mediation. (*Id.* ¶ 7.) The parties are therefore working to again reschedule the mediation. (*Id.* ¶ 8.) Auto-Owners also states that it is ready for trial. (*Id.* ¶ 11.)

On October 4, 2026, McPipkin's filed their status report. (Doc. 50.) In the report, counsel states that although McPipkin does not wish to speak to anyone about her case until she retains new counsel, she has agreed to reschedule the mediation. (*Id.*) McPipkin also told her counsel that she is ready to proceed to trial even though she does not want her current counsel to represent her in this matter. (*Id.*)

Based on the reports and McPipkin's counsel's previous motion to withdraw, the Court will entertain a motion from McPipkin or her counsel to continue trial to allow McPipkin reasonable time to obtain new counsel. Any such motion must be made within **seven days** of the date this Order is entered.

**SO ORDERED**, this 6th day of October, 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**